UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Brenda Dennis,

               Plaintiff,

v.

Capital One Auto Finance, Inc,

               Defendant.

Civil Action No.: 6:16-cv-06205-EAW-MWP

FILED OCT 11 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the Complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Brenda Dennis | Capital One Auto Finance, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Philip A. Goldstein |
| Sergei Lemberg, Esq. (SL 6331)<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>(203) 653-2250<br>Attorney for Plaintiff | Philip A. Goldstein<br>McGuire Woods LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, NY 10105<br>(212) 548-2100<br>Attorney for Defendant |

SO ORDERED

SO ORDERED
ELIZABETH A. WOLFORD
United States District Judge
Date 10-11-16